FILED

07/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0482

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0482

_____

A.C.I. CONSTRUCTION, LLC,

     Plaintiff and Appellant,

  v.

ELEVATED PROPERTY INVESTMENTS, LLC,        O R D E R
LEASE OPTION SOLUTIONS, LLC, WESTERN
BUILDING CENTER, JUSTIN NORBERG,
NORBERG ELECTRIC, LLC,
and MONTANA DIRT WORKS,

     Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to Justin Norberg, Norberg Electric, LLC, Montana Dirt Works, to all counsel of record, and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2021